*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

## JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| CRISTHIAN EDUARDO CARANQUI QUISHPI, | ) | |
| | ) | |
| | ) | |
| vs. | ) | Case No. 26-3112-CV-S-MDH |
| | ) | |
| KRISTI NOEM, et. al., | ) | |

_ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X Decision by Court. This action came to determination before the Court. The issues have been determined and a decision has been rendered.

the Petition for Writ of Habeas Corpus is GRANTED as follows.

1. Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a)(1).

2. Respondents are ORDERED to immediately release Petitioner from custody.

3. Respondents shall make accommodations available for Petitioner until such time as arrangements can be made for Petitioner to be returned to the location of arrest or other location agreed by the parties.

4. Petitioner shall promptly report to the Court any failure to comply with this Order by Respondent.

5. Petitioner may submit an application for fees under the EAJA within thirty days of the entry of final judgment.

**IT IS SO ORDERED.**

March 17, 2026 — Paige Wymore-Wynn
Date — Clerk of Court

Entered on: February 27, 2026 — s/Linda Howard
(By) Deputy Clerk